**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-336-KJD-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| RYAN STEPHENS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Ryan Stephens to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Ryan Stephens pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 30; Plea Agreement, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from August 27, 2021, through September 25, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 36-1, p. 5.

This Court finds the United States notified known third parties by certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 35.

On August 31, 2021, the United States Attorney's Office served and attempted to serve Breahna Watson by regular and certified return receipt mail in Long Beach, CA with the Preliminary Order of Forfeiture and the Notice. The certified mail is listed as notice left for pickup as of September 2, 2021. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3, 5-7, 9-12, 14-17.

On August 31, 2021, the United States Attorney's Office served and attempted to serve Breahna Watson by regular and certified return receipt mail in Las Vegas, NV, Apt. 2017 with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as Attempted - Not Known. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3, 5-7, 9-12, 18-20.

On August 31, 2021, the United States Attorney's Office Served and attempted to serve Breahna Watson by regular and certified return receipt mail in Las Vegas, NV, Apt. 2109 with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as Attempted - Not Known. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3, 5-7, 9-12, 21-23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to

Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $21,477 in US currency;
2. $1,175 in US currency;
3. a Glock 27 semiautomatic handgun bearing serial number KLH995;
4. a Panther Arms .223 rifle bearing serial number FH242941;
5. a FN 5.7 mm handgun bearing serial number 386335522; and
6. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED December 14, 2021

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE