# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Ryan Stephens,<br><br>　　　　　　　　Defendant. | Case No. 2:20-cr-00336-KJD-DJA<br><br>**Order** |

Defendant Ryan Stephens pled guilty to possession with intent to distribute a controlled substance – methamphetamine – and is serving a 120-month sentence.  Stephens moves this court to send him copies of the federal indictment, plea agreement, plea transcripts, sentencing transcripts, the docket sheet, and statement of reasons.[1]  An inmate has no constitutional right to free photocopying.[2]  A prisoner-litigant who wants copies of electronically filed documents from the court must pay $0.50 per page to receive them.[3]  Because the court does not provide free copies of documents in the docket, IT IS HEREBY ORDERED that Stephens' motion for copies **[ECF No. 49] is DENIED**.  Stephens should reach out to his attorney for further assistance.

　　　DATED:  January 30, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] ECF No. 49.

[2] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[3] Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.